IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE: CERNER/ORACLE DATA BREACH )
LITIGATION. )
)
CARLA ROGERS )
)
             Plaintiff, )
v. ) No. 25-00281-CV-W-BP
)
CERNER CORPORATION )
d/b/a Oracle Health, Inc., *et al.,* )
)
             Defendants. )
)

**CLERK'S ORDER OF DISMISSAL**

On the 19th day of November 2025, a Notice of Voluntary Dismissal of Plaintiff Geoffrey Moore was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on November 21, 2025, (Doc. 105), Geoffrey Moore's claims are dismissed without prejudice.
.

                                                  AT THE DIRECTION OF THE COURT

                                                  Paige Wymore-Wynn, Clerk of Court
                                                    /s/ **Shauna Murphy-Carr**
                                                        Deputy Clerk

Date:   November 21, 2025